IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TAWANA TERRELL JOHNSON**                                        **PETITIONER**

**V.**                                 **NO. 3:21-CV-166-DMB-JMV**

**WARDEN WENDELL BANKS, et al.**                                    **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the order entered this day, Tawana Terrell Johnson's petition for a writ of habeas corpus is **DISMISSED with prejudice**.

**SO ORDERED**, this 15th day of July, 2022.

                                                   **/s/Debra M. Brown**
                                                   **UNITED STATES DISTRICT JUDGE**