# United States Court of Appeals
# for the Fifth Circuit

———————

No. 23-60090

———————

In re Tawana Terrell Johnson,

Petitioner.

United States Court of Appeals
Fifth Circuit

**FILED**
April 25, 2023

Lyle W. Cayce
Clerk

———————————————

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Mississippi
USDC No. 3:21-CV-166

———————————————

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the petition is dismissed as of April 25, 2023, for want of prosecution. The petitioner failed to timely comply with the clerk's notice of February 27, 2023.

Lyle W. Cayce
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Monica R. Washington, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Apr 25, 2023**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**